FILED
2026 Aug-21 AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

**TERRY JOE TEAGUE,**

**Petitioner,**

**v.**

**WARDEN HUTTON, *et al.*,**

**Respondents.**

**Case No. 7:25-cv-1158-HDM-HNJ**

# MEMORANDUM OPINION AND ORDER

Petitioner Terry Joe Teague, acting *pro se*, commenced this action on July 17, 2025, seeking a writ of habeas corpus. (Doc. 1).[1] The operative pleading is his Amended Petition, which he filed on August 22, 2025. (Doc. 7). On July 22, 2026, the Magistrate Judge entered a report recommending that the court dismiss the Amended Petition without prejudice as moot or, in the alternative, for Teague's failure to prosecute his claims. (Doc. 15). The Magistrate Judge advised Teague that he had the right to file formal written objections within fourteen days, *id.* at 16, but, as of the date of this Memorandum Opinion and Order, the court has received no objections.

[1] Although Teague wrote his original Complaint on a preprinted form styled as "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," (doc. 1 at 1), the Magistrate Judge formally recharacterized it as a petition under 28 U.S.C. § 2254 following a substantive review, (doc. 6). Teague subsequently brought his Amended Petition under 28 U.S.C. § 2254. (Doc. 7 at 1).

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Teague's petition for a writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** as moot. In the alternative, the court finds that Teague's petition is due to be **DISMISSED WITHOUT PREJUDICE** for his failure to prosecute his claims. The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum Opinion and Order to Teague at his address of record. A final judgment will be entered.

**DONE** and **ORDERED** on August 21, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE